# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>KAY ANN HACKETT,  )<br>  )<br>   Defendant.  ) | CASE NO. 8:04CR387<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the Court on the Defendant's motion for credit for time served on bond (Filing No. 101).

18 U.S.C. § 3585(b)(1) allows credit for time served in "official detention." The Eighth Circuit Court of Appeals has stated that credit may not be given for time served while on release regardless of the severity of the pretrial release conditions imposed. *Moreland v. United States,* 968 F.2d 655, 659-60 (8th Cir. 1992).

IT IS ORDERED that the Defendant's motion for credit for time served on bond (Filing No. 101) is denied.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge